IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS CAPRIOTTI, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INS. CO. | : | NO.  11-7779 |

O R D E R

AND  NOW,  this     6th    day of January, 2011, it is  hereby ORDERED that the above captioned case is referred to ARBITRATION.

    *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,     J.