IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS AND KARA CAPRIOTTI | : | CIVIL ACTION |
| | : | NO. 11-7779 |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY | : | |
| d/b/a ALLSTATE | : | |

**<u>ORDER</u>**

AND NOW, this 6th day of September, 2012, upon consideration of defendant Allstate Property and Casualty Insurance Company's motion for summary judgment, the response of plaintiffs Nicholas and Kara Capriotti, defendant's reply and plaintiffs' surreply, it is ORDERED that defendant's motion is GRANTED with respect to plaintiffs' bad faith claim. Defendant's motion is DENIED in all other respects.

               *s/Thomas N. O'Neill, Jr.*
               THOMAS N. O'NEILL, JR., J.